Tywon W. **BRISCOE**, Petitioner–Appellant,

v.

**BUCKINGHAM CORRECTIONAL CENTER, Respondent–Appellee.**

No. 01–7861.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2002.

Decided Oct. 8, 2002.

Tywon W. Briscoe, Appellant Pro Se. Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Tywon W. Briscoe seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Briscoe has not made a substantial showing of the denial of a constitutional right. *See Briscoe v. Buckingham Corr. Ctr.*, No. CA–00–1080–AM (E.D.Va. Sept. 27, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*